UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
UNITED STATES MAGISTRATE JUDGE - GREENBELT, MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. TMD 21-po-00506 |
| | * | |
| KEVIN A ORELLANA | | |
| Defendant. | * * * | |

ORDER OF COURT

TAKE NOTICE that the above-entitled case has been scheduled for a

 X Trial    __Violation of Probation Hearing    __Sentencing Hearing    __Motions Hearing

__Other_____

On July 13th, 2021, at 10:00 AM.  The proceeding will be conducted virtually using the Zoom application, **unless** the Court has resumed in-person proceedings, in which case the proceeding will take place at the U.S. District Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770 in Courtroom 1A or the agency where the offense took place.  You should contact the Clerk, Reggie Alexander, (301) 344-3127 or reggie_alexander@mdd.uscourts.gov to determine if the proceeding will be conducted virtually or in person.

**PLEASE NOTE** that proceedings which are contested or involve the formal production of evidence (e.g. trials, contested violation of probation hearings, suppression hearings, etc.) cannot be conducted virtually.  Therefore, if the Court is still conducting proceedings virtually (not in-person) on the date of the scheduled proceeding and the proceeding will be contested or involve the formal production of evidence, it will be rescheduled to a later time when the Court

resumes in-person proceedings. If that is the case, you should so advise Mr. Alexander as soon as possible.

In the event the proceeding will be conducted virtually using the Zoom application, at least 15 minutes prior to the scheduled time of the hearing, counsel, the defendant, and other persons participating in the hearing should log on to the hearing with the following information:

>https://www.zoomgov.com/j/1619150482
>Meeting ID – 161 915 0482
>Call in # (646) 828-7666

NOTE TO DEFENDANT/DEFENSE COUNSEL:

Pursuant to the CARES Act, the proceeding may be conducted virtually only with the consent of the defendant. Counsel should discuss this with the defendant prior to the hearing and be prepared to represent to the Court that the defendant consents to the hearing being conducted virtually at the start of the proceeding. Further, prior to the hearing, the defendant and counsel shall read and review this Court's Standing Order 2020-12 (copy attached) which sets forth the mandatory and standard conditions of probation that the defendant will be subject to if the defendant is placed on probation.

Date: May 25, 2021 _____/s/_____

THOMAS M. DIGIROLAMO
United States Magistrate Judge