☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:53 pm, Jun 23 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____BK____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| v. | \* | Case No. 8:21-MS-00506-1-TMD |
| **KEVIN A ORELLANA** | \* | |

\*\*\*\*\*\*

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 25th day of May, 2021, that Richard J Link is hereby appointed to represent the individual.

/s/
_____

Thomas M DiGirolamo
UNITED STATES MAGISTRATE JUDGE